SEALED

FILED
APR 20 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES YORK, (1)<br>　AKA, "YD," AKA, "YORK DOG,"<br>　AKA, "JAMARI YORK;"<br>TRENELL MONSON, (2)<br>　AKA, "NACHI," AKA, "NACHI CHEDDA," AKA, "CHEDDA;"<br>DEANDRE STANFILL, (3)<br>　AKA, "DRE;"<br>DARRELL MAXEY, (4)<br>　AKA, "DRE P;"<br>DAVON MILLRO, (5)<br>　AKA, "PAE DAE;"<br>KENNETH WHARRY, (6)<br>　AKA, "DOOK," AKA, "DK;"<br>KENNETH JOHNSON, (7)<br>　AKA, "COO NUT;"<br>KIANDRE JOHNSON, (8)<br>　AKA, "KEY DA P;"<br>ANTHONY WINDFIELD, (9)<br>　AKA, "FREAKY ANT;"<br>WILLIAM LEE, (10)<br>　AKA, "CHILL WILL," AKA, "CW;"<br>MARKEITH CANADY, (11)<br>　AKA, "GOOBY;"<br>KEVIN PACKARD, (12)<br>　AKA, "KAY PEE," AKA, "KP;"<br>AQUILLA BAILEY, III (13)<br>　AKA, "LIL QUILL;"<br>STEVEN BLACKMON, (14)<br>　AKA, "POOK DA MOST," AKA, "MOSES," AKA "MOSTEST;"<br>NASTASHA PARKS, (15)<br>　AKA, "STASHA;"<br>LUTHER NEWSOME; (16)<br>SHARIKA GAINES; (17)<br>MARVIN LARRY, (18),<br><br>　　　　DEFENDANTS. | No. 1:16 MJ - 00044 BAM<br><br>[PROPOSED] SEALING ORDER<br><br>**(UNDER SEAL)** |

　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　The complaint and supporting affidavit in the above-captioned case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Kimberly A. Sanchez and this court's sealing order, be kept under seal for 180 days or until all defendants have been arrested, whichever comes first. The court finds that: (1) closure serves a compelling interest in protecting the

integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. The executing agents or officers are permitted to provide a copy of the search warrant as required by Federal Rule of Criminal Procedure 41(f).

DATED  4/20/16

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE