BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-MJ-044 BAM |
| Plaintiff, | MOTION AND ORDER [PROPOSED] TO UNSEAL COMPLAINT |
| v. | |
| JAMES YORK, ET AL., | |
| Defendants. | |

    The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret,

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Complaint be unsealed and made public record.

Dated:  April 21, 2016                                  BENJAMIN B. WAGNER
                                                                      UNITED STATES ATTORNEY

                                                                      BY:  /s/ Kimberly A. Sanchez
                                                                           KIMBERLY A. SANCHEZ
                                                                           Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-MJ-044 BAM |
| | ) | |
| Plaintiff, | ) | ~~(PROPOSED)~~ ORDER TO |
| | ) | UNSEAL COMPLAINT |
| v. | ) | |
| | ) | |
| JAMES YORK, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint filed on April 20, 2016 be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **April 21, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

TYPE PLEADING NAME

2