PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
MARK J. MCKEON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO 1:16-CR-00061-DAD-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| MARVIN LARRY, | |
| Defendant. | |

On April 28, 2016, the Grand Jury returned an indictment against Marvin Larry in Case No. 1:16-cr-00061-DAD-BAM.  On May 5, 2016, the Grand Jury returned a second indictment against Marvin Larry in Case No. 1:16-cr-00069-LJO-SKO.   The second indictment charges essentially the same conduct as that covered by the first indictment, but joins Mr. Larry's case with that of numerous other co-defendants.

The government now wishes to proceed under the second indictment, and to dismiss the first indictment.

///

///

///

///

///

Accordingly, the government moves to dismiss without prejudice the pending indictment in Case No. 1:16-00061-DAD-BAM pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:  July 1, 2016                          PHILLIP A. TALBERT
                                             Acting United States Attorney


                                      By:   /s/ MARK J. MCKEON
                                             MARK J. MCKEON
                                             Assistant United States Attorney



                                     **ORDER**

IT IS SO ORDERED.

Dated:  **July 1, 2016**          _____
                                     UNITED STATES DISTRICT JUDGE